COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALBERTINA VALDEZ, | § | No. 08-08-00271-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| RAMON VALDEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2006CM1915) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellant has complied with the requirements of Rule 42.1(a)(1), and having considered the motion, we conclude it should be granted, because no party will be denied relief to which it would otherwise be entitled. Therefore, we grant Appellant's motion to dismiss and dismiss the appeal with prejudice. Costs will be taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).


GUADALUPE RIVERA, Justice

January 8, 2009

Before Chew, C.J., McClure, and Rivera, JJ.